3006958-GVC/af

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SABINE CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | FILED:    MAY 15, 2008 |
| | ) | 08CV2827                AEE |
| AMERICAN AIRLINES, INC., a | ) | JUDGE LEFKOW |
| Corporation, | ) | MAGISTRATE JUDGE COX |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, a copy of foregoing **Notice of Removal and Appearances** were filed electronically and served by mail to:

Smith & Alberts Ltd
6 W. Hubbard - #250
Chicago IL, 60610

and on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing  and a courtesy copy was hand delivered to the court as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald Cleary, 62001000
SmithAmundsen LLC
150 N. Michigan Avenue – Suite 3300
Chicago, IL  60601
Phone: (312) 894-3200
Fax:    (312) 894-3210