3006958-GVC/af                                                                Firm I.D. 42907

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SABINE CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | **FILED:    MAY 15, 2008** |
| | ) | **08CV2827                AEE** |
| AMERICAN AIRLINES, INC., a | ) | **JUDGE LEFKOW** |
| Corporation, | ) | **MAGISTRATE JUDGE COX** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Smith & Alberts Ltd
      6 W. Hubbard - #250
      Chicago IL, 60610

   Please take notice that on May 15, 2008, we filed with the Clerk of the U.S. District Court, 219 S. Dearborn, Chicago, Illinois the following:

*Notice of Removal of Civil Action to the United States District Court*
*Appearances of Gerald Cleary and Sara M. Stertz*
*Certificate of Service*

copies of which are served on you.

                              **/s/ Gerald Cleary  62001000**
                              SmithAmundsen LLC
                              150 N. Michigan Avenue – Suite 3300
                              Chicago, IL  60601
                              Phone: (312) 894-3200
                              Fax:    (312) 894-3210