3006958-GVC/af

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SABINE CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 Cv 2827 |
| | ) | Judge Lefkow |
| AMERICAN AIRLINES, INC., a | ) | Magistrate Judge Cox |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Smith & Alberts Ltd
6 W. Hubbard - #250
Chicago IL, 60610

**PLEASE TAKE NOTICE THAT** on **May 22, 2008 at 9:30 a.m.**, we shall appear before the **Honorable Judge Lefkow** in **Room 1925**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **American Airlines' Motion for a More Definite Statement Pursuant to FRCP 12(e)**, a copy which is hereby served upon you.

Respectfully submitted,

/s/  Gerald Cleary - 62001000
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601-1635
Attorney for the Defendant
(312) 894-3200 (Telephone)
(312) 894-3210 (Fax)