3006958-GVC/af

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SABINE CAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  08 Cv 2827 |
| ) | Judge Lefkow |
| AMERICAN AIRLINES, INC., a ) | Magistrate Judge Cox |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, a copy of the foregoing **Notice of Motion and American Airlines' Motion for a More Definite Statement Pursuant to FRCP 12(e)** were filed electronically and served by mail to:

Smith & Alberts Ltd
6 W. Hubbard - #250
Chicago IL, 60610

and on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the court as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Gerald Cleary, 62001000**
SmithAmundsen LLC
150 N. Michigan Avenue – Suite 3300
Chicago, IL  60601
Phone: (312) 894-3200
Fax:    (312) 894-3210