# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2827 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Cain vs. American Airlines, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for a more definite statement [8] is deemed withdrawn based on plaintiff's representation that an amended complaint will be filed by 6/6/2008. Scheduling conference is set for 6/26/2008 at 9:30 a.m.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | MD |
|---|---|---|