3006958-GVC/af

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SABINE CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 Cv 2827 |
| | ) | Judge Lefkow |
| AMERICAN AIRLINES, INC., a Corporation, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW PROPOSED SCHEDULING ORDER**

NOW COMES the petitioner, AMERICAN AIRLINES, INC., (hereinafter "AMERICAN") by and through its attorneys, SMITHAMUNDSEN, and giving notice to this Honorable Court to withdraw the Proposed Scheduling Order which was inadvertently filed.

Respectfully submitted,

/s/Gerald Cleary - ARDC #6201000

Attorneys for AMERICAN AIRLINES
SmithAmundsen
150 North Michigan Avenue, Suite 3300
Chicago, Illinois  60601
(312) 894-3200
ARDC #6201000

3006958-GVC/af

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SABINE CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 Cv 2827 |
| | ) | Judge Lefkow |
| AMERICAN AIRLINES, INC., a Corporation, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30 2008, a copy of the foregoing **American Airlines' Motion to Withdraw Proposed Scheduling Order** was filed electronically and served by mail to:

Smith & Alberts Ltd
6 W. Hubbard - #250
Chicago IL, 60610

and on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing  and a courtesy copy was hand delivered to the court as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Gerald Cleary,  62001000**
SmithAmundsen LLC
150 N. Michigan Avenue – Suite 3300
Chicago, IL  60601
Phone: (312) 894-3200
Fax:    (312) 894-3210