UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sabine Cain
                      Plaintiff,

v.                                           Case No.: 1:08−cv−02827
                                                     Honorable Joan H. Lefkow

American Airlines, Inc.
                      Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

     MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 6/26/2008, counsel for defendant appearing, and no one appearing for plaintiff. Status hearing continued to 7/10/2008 at 09:30 AM for scheduling conference. Failure of plaintiff to appear in court on 7/10/2008 will result in dismissal of the case.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.