# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2827 | **DATE** | 7/10/2008 |
| **CASE TITLE** | Sabine Cain vs. American Airlines, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/10/2008. Defendant's counsel appeared. Neither plaintiff nor plaintiff's counsel appeared. This case is hereby dismissed for want of prosecution. Terminating case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|