IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SABINE CAIN, | ) |
| Plaintiff, | ) NO. 08 Cv 2827 |
| vs. | ) Judge Lefkow |
| | ) Magistrate Judge Cox |
| AMERICAN AIRLINES, INC., a corporation, | ) |
| Defendant. | ) |

**MOTION**

NOW COMES the plaintiff, Sabine Cain, by and through her attorneys, SMITH & ALBERTS, moves this Honorable Court to vacate the Dismissal for Want of Prosecution entered on July 10, 2008 and in support thereof, states as follows:

1. This matter arises out of a personal injury matter which occurred on or about March 24, 2006.

2. That this matter was set on the Court's call on July 10, 2008.

3. Due to a docketing error, attorneys Smith & Alberts did not attend said Court appearance.

WHEREFORE for the foregoing reasons, the plaintiff prays that this Honorable Court vacate the dismissal for want of prosecution.

SMITH & ALBERTS

By: _____
Attorney for Plaintiff(s)

SMITH & ALBERTS
Attorney for Plaintiff(s)
6 West Hubbard, Suite 250
Chicago, IL 60610
(312) 726-4204