```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

SABINE CAIN,                        )
                                    )
            Plaintiff,              )
                                    ) NO. 08 Cv 2827
      vs.                           ) Judge Lefkow
                                    ) Magistrate Judge Cox
AMERICAN AIRLINES, INC.,            )
a corporation,                      )
                                    )
            Defendant.              )

**FILED**
JUL 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:   Gerald Cleary, SMITH AMUNDSEN LLC, 150 North Michigan Avenue, Suite 3300, Chicago, Illinois 60601-1635

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 24, 2008 9:30 we shall appear before the **Honorable Judge Lefkow** in **Room 1925,** at 219 South Dearborn Street in Chicago, Illinois and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached Plaintiff's Motion to Vacate the Dismissal for Want of Prosecution, a copy which is hereby served upon you.

                                    SMITH & ALBERTS

                                    BY: _____

Attorney for Plaintiff(s)
Smith & Alberts
6 West Hubbard, Suite 250
Chicago, IL 60610
(312) 726-4204

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SABINE CAIN, | ) |
| | ) |
| Plaintiff, | ) NO. 08 Cv 2827 |
| | ) Judge Lefkow |
| vs. | ) Magistrate Judge Cox |
| | ) |
| AMERICAN AIRLINES, INC., | ) |
| a corporation, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, a copy of the foregoing **Plaintiff's Motion to Vacate the Dismissal for Want of Prosecution** was filed and served by mail to:

Smith Amundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601

SMITH & ALBERTS
Attorneys for Plaintiff(s)
6 West Hubbard, Suite 250
Chicago, IL 60610
Tel: (312)726-4204

2