GH

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 08 Cv 2827
SABINE CAINE,

vs.

AMERICAN AIRLINES,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SABINE CAINE

FILED
JN
JUL 1 8 2008
JuL 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) GAVIN M. PEARLMAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ [signature] | |
| FIRM SMITH & ALBERTS | |
| STREET ADDRESS 6 WEST HUBBARD, SUITE 250 | |
| CITY/STATE/ZIP CHICAGO, ILLINOIS 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6244742 | TELEPHONE NUMBER 312-726-4204 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
SABINE CAIN,                    )
                                )
         Plaintiff,             )
                                ) NO. 08 Cv 2827
                                ) Judge Lefkow
    vs.                         ) Magistrate Judge Cox
                                )
AMERICAN AIRLINES, INC.,        )
a corporation,                  )
                                )
         Defendant.             )
```

### CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, a copy of the foregoing **Plaintiff's Appearance** was filed and served by mail to:

Smith Amundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601

SMITH & ALBERTS
Attorneys for Plaintiff(s)
6 West Hubbard, Suite 250
Chicago, IL 60610
Tel: (312)726-4204

2