# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2827 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Cain vs. American Airlines, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to vacate dismissal for want of prosecution [19] is granted. Case is reinstated. Plaintiff's oral motion for leave to file amended complaint instanter is granted. Defendant to answer or otherwise plead by 8/7/2008. Scheduling conference is set for 9/18/2008 at 9:30 a.m.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | MD |
|---|---|---|