3006958-GVC/af

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SABINE CAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 Cv 2827 |
| | ) Judge Lefkow |
| AMERICAN AIRLINES, INC., a | ) Magistrate Judge Cox |
| Corporation, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING

TO:  Smith & Alberts Ltd
     6 W. Hubbard - #250
     Chicago IL, 60610

Please take notice that on August 7, 2008, we filed with the Clerk of the U.S. District Court, 219 S. Dearborn, Chicago, Illinois the following:

*American Airlines' Answer to First Amended Complaint at Law*

a copy of which is hereby served on you.

/s/ Gerald Cleary  62001000
SmithAmundsen LLC
150 N. Michigan Avenue – Suite 3300
Chicago, IL  60601
Phone: (312) 894-3200
Fax:    (312) 894-3210