3006958-GVC/af

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SABINE CAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  08 Cv 2827 |
| | ) Judge Lefkow |
| AMERICAN AIRLINES, INC., a Corporation, | ) Magistrate Judge Cox |
| | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2008, a copy of the foregoing **American Airlines' Answer to First Amended Complaint at Law** was filed electronically and served by mail to:

Smith & Alberts Ltd
6 W. Hubbard - #250
Chicago IL, 60610

and on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing  and a courtesy copy was hand delivered to the court as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Gerald Cleary, 62001000**
SmithAmundsen LLC
150 N. Michigan Avenue – Suite 3300
Chicago, IL  60601
Phone: (312) 894-3200
Fax:    (312) 894-3210